[No. 6807–9–II.   Division Two.   February 5, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL JOE BRASIER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 82–1–00398–1, Robert D. McMullen, J.,

entered December 22, 1982. *Affirmed* by unpublished opinion per Meiner, J. Pro Tem., concurred in by Day and Pearson, JJ. Pro Tem.